IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JEREMY SCOTT DANIELS,<br><br>                 Defendant. | Case No. 3:22-cr-00025-RRB<br><br>**ORDER** |

The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 110, in its entirety and enters an adjudication of guilt as to Count 2s of the Indictment.

DATED this 17th day of July, 2024, at Anchorage, Alaska.

                                                     */s/ Ralph R. Beistline*
                                                     RALPH R. BEISTLINE
                                          Senior United States District Judge